LAVERNIS WILSON and LAWRENCE LEADON V. THE STATE.

No. 21261. Delivered October 23, 1940.

The opinion states the case.

*H. H. Wellborn,* of Henderson, for appellants.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft of cattle; the punishment, confinement in the penitentiary for two and one-half years.

The record fails to show that appellants gave notice of appeal. Under the circumstances, this court is without jurisdiction.

The appeal is dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.